## WENZLANSKI et v ALLEN
## ALLEN v BURDETTE et

Ohio Appeals, 9th Dist, Summit Co

Nos 2569 & 2570.  Decided Jan 28, 1936

For full opinion see 51 Oh Ap 482.

## WILSON et v WILSON

Ohio Appeals, 7th Dist, Monroe Co

Decided Nov 19, 1935

Howell, Roberts & Duncan, Cleveland, and Motz & Morris, Akron, for plaintiffs in error in case No. 2569.

Edward N. Heiser, Akron, and Burroughs & Burroughs, Akron, for defendant in error Edward L. Allen, Admr., in case No. 2569, and plaintiff in error in case No. 2570.

Waters, Andress, Wise, Roetzel & Maxon, Akron, for defendants in error Charles F. Burdette and Federal Express, Inc., in case No. 2569, and defendants in error in case No. 2570.